(Rev. 5/85)  Criminal Complaint

# United States District Court

WESTERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA
V.

GARY PAUL KARR

**CRIMINAL COMPLAINT**

CASE NUMBER: A-99-90 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 1995__ in __Travis__ county, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully receive, possess, conceal, store, dispose, and sell stolen property valued over $5,000.00, which was unlawfully transported in Interstate Commerce from Texas to Florida and elsewhere, knowing the same to have been stolen

in violation of Title __18__ United States Code, Section(s) __2314 & 2315__.

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following facts:

See attached affidavit (sealed)

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

Signature of Complainant
DONNA C. COWLING
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

25·MARCH·99                              at       AUSTIN, TX
Date                                              City and State

STEPHEN H. CAPELLE                                Signature of Judicial Officer
Name & Title of Judicial Officer
US MAGISTRATE JUDGE