**FILED**

1

NOV 2 1 2000

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY CLERK

1            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TEXAS
2                    AUSTIN DIVISION

3    UNITED STATES OF AMERICA ) Docket No. A 99-CR-274 SS
                              )
4    v.                       ) Austin, Texas
                              )
5    GARY PAUL KARR           ) June 2, 2000

6
                     VOLUME 11 of 12
7                 TRIAL ON THE MERITS
           BEFORE THE HONORABLE SAM SPARKS
8
     APPEARANCES:
9
     For the United States:        Mr. Gerald C. Carruth
10                                 Mr. Daniel H. Mills
                                   Assistant U.S. Attorneys
11                                 816 Congress Avenue, Ste. 1000
                                   Austin, Texas 78701
12

13

14
     For the Defendant:            Mr. Thomas W. Mills, Jr.
15                                 Ms. Christi N. Williams
                                   Mills & Presby
16                                 5910 North Central Expressway,
                                   Ste. 900
17                                 Dallas, Texas 75206-5141

18

19
     Court Reporter:               Lily Iva Reznik, RPR, CRR
20                                 United States Courthouse
                                   200 West 8th Street
21                                 Austin, Texas 78701
                                   Ph: (512) 916-5564
22

23

24

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.



1   THE COURT:  For the record, counsel, I've received

2   Jury Note No. 7.  It says, "The jury has reached a unanimous

3   verdict on all counts."

4   THE COURT:  Mr. Rodriguez, has the jury come to a

5   verdict?

6   THE JUROR:  It has, your Honor.

7   THE COURT:  And is the verdict unanimous?

8   THE JUROR:  It is.

9   THE COURT:  Ms. Sims will come and get it.  I'll have

10  the Clerk read the verdict.

11  THE CLERK:  As to Count 1, not guilty.  As to Count 2,

12  guilty.  As to Count 3, guilty.  Part 1 of three, no.  Count

13  4, guilty.  Count 5, guilty.  Signed the 2nd day of June,

14  Hector Rodriguez, Presiding Juror.

15  THE COURT:  Either party wish the jury polled?

16  MR. CARRUTH:  No, your Honor.

17  MR. T. MILLS:  Yes, your Honor.

18  THE COURT:  Members of the jury, polling is a very

19  simple procedure.  Mrs. Sims will read out each of your names,

20  and if the verdict that she just read is your verdict, simply

21  say "Yes."  If the verdict that she just read is not, simply

22  say "No."

23  THE CLERK:  Juror No. 341, Jeffrey Babcock, is this

24  your true and correct verdict as to each and every count?

25  THE JUROR:  Yes.

1    THE COURT:  Juror No. 233, Jeffrey Sloan, is this your

2  true and correct verdict as to each and every count?

3    THE JUROR:  Yes.

4    THE COURT:  Juror No. 192, Terry Olguin, is this your

5  true and correct verdict as to each and every count?

6    THE JUROR:  Yes.

7    THE COURT:  Juror No. 293, Blake Patterson, is this

8  your true and correct verdict as to each and every count?

9    THE JUROR:  Yes.

10    THE COURT:  Juror No. 329, Tom Hurt, is this your true

11  and correct verdict as to each and every count?

12    THE JUROR:  Yes.

13    THE CLERK:  Juror No. 190, Lewis Goodley, is this your

14  true and correct verdict as to each and every count?

15    THE JUROR:  Yes, it is.

16    THE CLERK:  Juror No. 182, Gloria Mislinksi, is this

17  your true and correct verdict as to each and every count?

18    THE JUROR:  Yes, it is.

19    THE CLERK:  Juror No. 56, Avelina Castillejo, is this

20  your true and correct verdict as to each and every count?

21    THE JUROR:  Yes, it is.

22    THE CLERK:  Juror No. 338, Donald Scott, is this your

23  true and correct verdict as to each and every count?

24    THE JUROR:  Yes, it is.

25    THE CLERK:  Juror 157, Christopher Bittick, is this

1    your true and correct verdict as to each and every count?

2            THE JUROR:  Yes, it is.

3            THE CLERK:  Juror No. 205, Hector Rodriguez, is this

4    your true and correct verdict as to each and every count?

5            THE JUROR:  Yes, it is.

6            THE CLERK:  Juror No. 64, Cheryl Copeland, is this

7    your true and correct verdict as to each and every count?

8            THE JUROR:  Yes, it is.

9            THE COURT:  All right.  Members of the jury, I'll

10   accept your verdict and order it filed.  This will conclude

11   your responsibility in this case.  As I know each of you have

12   felt because you've been working hard for three weeks, you

13   understand the enormity of what jurors have to do, and in

14   cases where they last three weeks or one week, it is the way

15   we do things in this country and appreciate very much your

16   service here.

17           I will now discharge you in a minute from your

18   responsibilities so that I will reverse everything I've been

19   telling you for weeks.  You're free to talk to anybody and

20   everybody that you want to talk about this case.  When you get

21   home, when you stand on the sidewalk, there are a lot of

22   people interested in the case.  They may wish to talk to you,

23   but you have this right.

24           You could decline to talk to anybody about the case or

25   you can talk to them.  The lawyers and the parties may wish to

1    ask you questions of what your reactions were or that's

2    perfectly fine if you want to answer them.  If you don't want

3    to discuss it, for whatever reason, all you have to do is say,

4    "I prefer not to talk about it."  Nobody will bother you.

5    Nobody in the media will brother you.  None of the lawyers

6    would.

7           I've been at this business since 1963, and I know of

8    no juror in our state who's ever been bothered.  I read things

9    about things happening in California, but everything seems to

10   happen in California.  So I don't worry about California

11   except when the boys were young, we'd go out and vacation.

12   I've been to Disneyland four -- I have four sons.  I've been

13   everywhere four times in California.

14          I have one more administrative duty for you.  It's

15   going to take about five minutes, which I will accomplish in

16   the jury room, but with thanks of the court, we will accept

17   the verdict.  So if y'all will go in the jury room, I'll take

18   care of it in just a minute.

19      (Jury exited.)

20          THE COURT:  I'm going to set sentencing in this case

21   on August the 4th, at 9:00 in the morning.  Is that compatible

22   with your schedule, counsel?  Mr. Mills?

23          MR. T. MILLS:  Yes, sir, as far as I know, it is.

24          THE COURT:  How's yours?

25          MR. CARRUTH:  Yes, your Honor.

1      THE COURT:  I know a lot of you wish to talk with the

2  jurors, and that is fine if they wish to speak to you.  If

3  they don't wish to speak to you, I will appreciate your

4  respecting their wishes because if you don't, you're going to

5  do battle with me and you're going to lose.

6      Now, my other three jurors who are loyal, all came

7  here, I appreciate you very much coming here today.  I can't

8  try these lawsuits without you.  Don't think you're wasting a

9  minute.  I hope you enjoyed your time.  You have the same

10  instructions.  You're free to talk to anybody you wish or go

11  home and get behind a pillow, like I intend to except I'm

12  going to go to the Texas baseball game tonight.

13      But the same instructions that you have.  As a matter

14  of fact, I'm going to have the security man take y'all into

15  the room because I've got the same little administrative job

16  with y'all.  And I'll remand Mr. Karr to the custody of the

17  Marshal.  Counsel, thank you for a well-tried case.

18      (Proceedings adjourned.)

19

20

21

22

23

24

25